IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 08-cv-01938-CMA-CBS

TRAVIS CASEY,
DIANA L. CASEY, and
ALEXANDRIA CASEY,

    Plaintiffs,

v.

WILLIAMS PRODUCTION RMT COMPANY, a Delaware corporation,
CYCLONE DRILLING, INC., a Wyoming corporation, and
RAYMOND M. DAWKINS,

    Defendants.

## ORDER REGARDING ATTORNEY FEES AND COSTS

This matter is before the Court on Defendants' respective Responses to the Court's Order Granting Plaintiffs' Motion to Remand to State Court (Doc. ## 36 and 37). In the Remand Order (Doc. # 32), the Court directed Defendants to respond to Plaintiffs' request that Defendants pay Plaintiffs' attorneys fees and costs related to Plaintiffs' Motion for Remand. Defendant Cyclone responded in a timely fashion on December 1, 2008 (Doc. # 36). Defendant Williams Production responded late on December 8, 2008. Neither Defendant has persuaded the Court that Plaintiffs' request for attorneys fees and costs related to the removal should be denied at this time. Accordingly, it is

ORDERED that Plaintiffs shall file a brief and/or affidavit describing their reasonable attorneys fees and costs for work **related only** to the Motion to Remand within ten (10) days of the date of this Order; and it is

FURTHER ORDERED that Defendants shall file their response, if any, to Plaintiffs' calculation of fees and costs, within ten (10 days) of the date of Plaintiffs' brief and/or affidavit. If, upon reviewing the parties' submissions, the Court determines that a hearing on this matter is necessary, it will schedule one at such time as may be convenient.

DATED: December  12 , 2008

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge